# EXHIBIT A



```
Type of Work:        Text

Registration Number / Date:
                     TXu002445163 / 2024-09-05

Application Title: Forgotten HOME APOTHECARY.

Title:               Forgotten HOME APOTHECARY.

Description:         Electronic file (eService)

Copyright Claimant:
                     GLOBAL BROTHER SRL.

Date of Creation:  2024

Authorship on Application:
                     GLOBAL BROTHER SRL, employer for hire; Domicile: Romania;
                       Citizenship: Romania. Authorship: text, photograph(s)

Rights and Permissions:
                     Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                       no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania,
                       014163, Romania, +40768434324, legal@globalbrother.com

Copyright Note:    C.O. correspondence.

Names:               GLOBAL BROTHER SRL
```

===============================================================================

```
Type of Work:        Text

Registration Number / Date:
                     TXu002446715 / 2024-08-30

Application Title: Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your
                     Fingertips.

Title:               Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your
                     Fingertips.

Description:         Electronic file (eService)

Copyright Claimant:
                     GLOBAL BROTHER SRL.

Date of Creation:  2024

Authorship on Application:
                     GLOBAL BROTHER SRL, employer for hire; Domicile: Romania;
                       Citizenship: Romania. Authorship: text, photograph(s)

Rights and Permissions:
                     Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                       no 22A, Floor 1, Ap A12, Room 1, Bucharest, 014163,
                       Romania, +40768434324, legal@globalbrother.com

Names:               GLOBAL BROTHER SRL
```

================================================================================

Type of Work:        Visual Material

Registration Number / Date:
                     VAu001533601 / 2024-09-05

Application Title: Forgotten HOME APOTHECARY.cover design.

Title:               Forgotten HOME APOTHECARY.cover design.

Description:         Electronic file (eService)

Copyright Claimant:
                     GLOBAL BROTHER SRL.

Date of Creation:    2024

Authorship on Application:
                     GLOBAL BROTHER SRL, employer for hire; Domicile: Romania;
                        Citizenship: Romania. Authorship: photograph, 2-D
                        artwork.

Rights and Permissions:
                     Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                        no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania,
                        014163, Romania, +40768434324, legal@globalbrother.com

Names:               GLOBAL BROTHER SRL

================================================================================

Type of Work:       Visual Material

Registration Number / Date:
                    VAu001538856 / 2024-09-05

Application Title: FORGOTTEN HOME APOTHECARY.design cover.

Title:              FORGOTTEN HOME APOTHECARY.design cover.

Description:        Electronic file (eService)

Copyright Claimant:
                    GLOBAL BROTHER SRL.

Date of Creation:  2024

Authorship on Application:
                    GLOBAL BROTHER SRL, employer for hire; Domicile: Romania;
                       Citizenship: Romania. Authorship: photograph, 2-D
                       artwork.

Rights and Permissions:
                    Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                       no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania,
                       014163, Romania, +40768434324, legal@globalbrother.com

Names:              GLOBAL BROTHER SRL

===============================================================================



Type of Work:        Visual Material

Registration Number / Date:
                     VA0002425155 / 2024-11-19

Application Title: THE HOLISTIC GUIDE TO WELLNESS.cover design.

Title:               THE HOLISTIC GUIDE TO WELLNESS.cover design.

Description:         Electronic file (eService)

Copyright Claimant:
                     GLOBAL BROTHER SRL.

Date of Creation:  2023

Date of Publication:
                     2023-03-10

Nation of First Publication:
                     United States

Authorship on Application:
                     GLOBAL BROTHER SRL, employer for hire; Domicile: Romania;
                        Citizenship: Romania. Authorship: photograph, 2-D
                        artwork, text.

Rights and Permissions:
                     Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                        no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania,
                        014163, Romania, +40768434324, legal@globalbrother.com

Copyright Note:    C.O. correspondence.

Names:               GLOBAL BROTHER SRL

================================================================================

```
Type of Work:       Text

Registration Number / Date:
                    TX0009246277 / 2023-04-03

Application Title: The Holistic Guide to Wellness.

Title:              The Holistic Guide to Wellness.

Description:        Electronic file (eService)

Copyright Claimant:
                    Global Brother SRL, Transfer: By written agreement.

Date of Creation:   2023

Date of Publication:
                    2023-03-10

Nation of First Publication:
                    United States

Authorship on Application:
                    Nicole Apelian; Domicile: United States; Citizenship:
                      United States. Authorship: text.
                    Global Brother SRL, employer for hire. Authorship: text,
                      artwork.
                    Amber Robinson (author of anonymous contribution);
                      Domicile: United States; Citizenship: United States.
                      Authorship: text.
                    Chloe Wade (author of anonymous contribution); Domicile:
                      Canada; Citizenship: Canada. Authorship: text.
                    Tamara Dickson (author of anonymous contribution);
                      Domicile: United States; Citizenship: United States.
                      Authorship: text.
                    Janelle Louis (author of anonymous contribution); Domicile:
                      United States; Citizenship: United States. Authorship:
                      text.
                    Jacqueline Leone (author of anonymous contribution);
                      Domicile: United States; Citizenship: United States.
                      Authorship: text.
                    Tori Gilbert (author of anonymous contribution); Domicile:
                      Australia; Citizenship: Australia. Authorship: text.
                    Tyla Cornish (author of anonymous contribution); Domicile:
                      New Zealand; Citizenship: New Zealand. Authorship: text.

Rights and Permissions:
                    Claudiu Giurgi, Global Brother SRL, Ghiozdanului 22A
                      Lighthouse Residence - ap 12A, Bucharest, 014163,
                      Romania, +40768434324, giurgi.claudiu@yahoo.com

Copyright Note:     C.O. correspondence.

ISBN:               978-1-7354815-8-6

Names:              Apelian, Nicole
                    Robinson, Amber
                    Wade, Chloe
                    Dickson, Tamara
                    Louis, Janelle
                    Leone, Jacqueline
                    Gilbert, Tori
                    Cornish, Tyla
                    Global Brother SRL
```

================================================================================