# EXHIBIT B

| | |
|---|---|
| **From:** | Shopify |
| **To:** | legal@GlobalBrother |
| **Subject:** | DMCA Takedown Notice \| kolosrelief.com |
| **Date:** | Monday, February 24, 2025 12:35:09 PM |

Hi there,

We have received a counter notice in response to the *Digital Millennium Copyright Act* takedown notice you submitted on 2025-02-21 14:04:46 UTC about kolosrelief.com.

In accordance with the provisions of the *Digital Millennium Copyright Act*, the removed content listed in the counter notice may be reposted, within 10-14 business days following receipt of the counter notice, unless Shopify receives notice that you have filed a legal action seeking a court order to restrain the merchant from engaging in infringing activity.

Shopify Trust & Safety
Ticket ID: f0841091-23ea-4ee0-8cc5-6898491ae793



Shopify

151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8



**Date:** February 25, 2025

## DMCA Counter Notice | kolosrelief.com

### 1. Shopify Merchant Contact Information

First Name:

Kolos

Last Name:

Relief

Phone:

9852814

Email:

try.kolosrelief@gmail.com

Address:

Stanley Street

World Trust Tower

City:

Central

Country:

Hong Kong

State/Province:

Hong Kong Island

### 2. Material(s) Subject to the Counter Notice

Report ID:

f0841091-23ea-4ee0-8cc5-6898491ae793

- https://kolosrelief.com/products/the-complete-natural-healing-guide?fbclid=IwY2xjawHrKF5leHRuA2FlbQIxMAABHRaTJppt2LdT_a7HJPR9JJfmLQfrIVCREEgF6Tlw92PmMT_0kUqaKzS3tg_aem_qzjF2uWgjc71UINvxGgiyg

## 3. Declarations

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
- I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
- I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

## 4. Electronic Signature

Kolos Relief