# EXHIBIT C



office@defrancesco.law

**February 25, 2025**

Via email: try.kolosrelief@gmail.com

Kolos Relief
SP KOLOS Central HK
(BSH Limited)
Suite C, Level 7, World Trust Tower, 50
Stanley Street, Central, Hong Kong

**Re: Cease and Desist – Copyright and Trademark Infringement;** *Unauthorized Use and Copyright Infringement of Forgotten Home Apothecary and The Holistic Guide to Wellness*

Dear Kolos Relief,

DeFrancescoLaw represents Global Brother SRL ("Global Brother"), a Romanian publisher of various materials in the fields of health and wellness. Its more popular and legally protected titles include Forgotten Home Apothecary and The Holistic Guide to Wellness. These publications, including cover designs, artwork, layouts, and content, are protected by US federal law including under the U.S. Copyright Registrations,
   VAu001538856 and TXu002466084 (Forgotten Home Apothecary)
   VA0002425155 and TX0009246277 (The Holistic Guide to Wellness).

Additionally, the titles and associated design elements are protected by common law trademark rights due to extensive use, widespread recognition and knockoffs. Enclosed with this letter are images of the covers and corresponding copyright registration summaries. Under US copyright laws, infringement may subject the infringer to statutory damages, from $750 up to $150,000 per work for willful infringement pursuant to 17 U.S.C. § 504(c). Plaintiffs may also be entitled to injunctive relief, attorneys' fees, and costs.

It has come to our attention Kolos Relief, SP KOLOS Central HK, BSH Limited is or are unlawfully reproducing, distributing, and/or selling infringing copies of *Forgotten Home Apothecary and The Holistic Guide to Wellness*, including unauthorized use of its copyrighted cover and content. Such actions constitute copyright infringement under 17 U.S.C. §§ 101 et seq., as well as violations of common law trademark rights and business torts.

---

DeFrancescoLaw – The DeFrancesco Law Firm PLLC
609A Piner Rd PMB 2029 – Wilmington, NC 28409 – (910) 833-5428



On or about February 24, 2025, we identified unauthorized use:
https://kolosrelief.com/products/the-natural-healing-guide?pr_prod_strat=jac&pr_rec_id=165877677&pr_rec_pid=9691485831515&pr_ref_pid=9691482554715&pr_seq=uniform

-    AND    -

https://kolosrelief.com/products/forgotten-apothecary-digital?pr_prod_strat=e5_desc&pr_rec_id=adbf74e93&pr_rec_pid=9691482554715&pr_ref_pid=9695910625627&pr_seq=uniform

Global Brother filed a takedown regarding the unauthorized uses. Rather than investigate the claim the attached counter-notice was filed (February 25, 2025; Shopify Report ID: f0841091-23ea-4ee0-8cc5-6898491ae793). This counter-notice now requires Global Brother to file a federal lawsuit within 10-14 days at the Central District of Delaware or allow the infringing uses to be reinstated.

Global Brother is not interested in filing a lawsuit, but also not willing to permit unauthorized uses. To avoid further escalation and legal action, it is requested you, "Kolos Relief" including agents and owners thereof,

1. Immediately cease and desist from advertising, reproducing, distributing, or selling infringing copies in any format
2. **Provide written confirmation within 48 hours** confirming compliance with this demand
3. Disclose the following information:
   - Inventory of books in your possession or control
   - Source(s) of the books
   - Accounting of all sales, revenue, and profits derived

Failure to respond within the specified time will require Global Brother to file a lawsuit against Kolos Relief, SP KOLOS Central HK (BSH Limited), incl. DOES in the United States District Court. Should this be the case, Global Brother intends to pursue remedies, including statutory damages, injunctive relief, and an order mandating the impoundment and destruction of infringing materials.

This letter does not constitute a comprehensive statement of rights, remedies, or claims for damages, all of which are expressly reserved until such time as a written agreement is entered into between the parties.

Sincerely,

Jason DeFrancesco
Attorney for Global Brother SRL







**From:** Shopify
**To:** legal@GlobalBrother
**Subject:** DMCA Takedown Notice | kolosrelief.com
**Date:** Monday, February 24, 2025 12:35:09 PM

Hi there,

We have received a counter notice in response to the *Digital Millennium Copyright Act* takedown notice you submitted on 2025-02-21 14:04:46 UTC about kolosrelief.com.

In accordance with the provisions of the *Digital Millennium Copyright Act*, the removed content listed in the counter notice may be reposted, within 10-14 business days following receipt of the counter notice, unless Shopify receives notice that you have filed a legal action seeking a court order to restrain the merchant from engaging in infringing activity.

Shopify Trust & Safety
Ticket ID: f0841091-23ea-4ee0-8cc5-6898491ae793



Shopify

151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8



**Date:** February 25, 2025

## DMCA Counter Notice | kolosrelief.com

### 1. Shopify Merchant Contact Information

First Name:

Kolos

Last Name:

Relief

Phone:

9852814

Email:

try.kolosrelief@gmail.com

Address:

Stanley Street

World Trust Tower

City:

Central

Country:

Hong Kong

State/Province:

Hong Kong Island

### 2. Material(s) Subject to the Counter Notice

Report ID:

f0841091-23ea-4ee0-8cc5-6898491ae793

- https://kolosrelief.com/products/the-complete-natural-healing-guide?fbclid=IwY2xjawHrKF5leHRuA2FlbQIxMAABHRaTJppt2LdT_a7HJPR9JJfmLQfrIVCREEgF6Tlw92PmMT_0kUqaKzS3tg_aem_qzjF2uWgjc71UINvxGgiyg

## 3. Declarations

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
- I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
- I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

## 4. Electronic Signature

Kolos Relief

Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

Help | Search | History | **Titles** | Start Over

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = forgotten home apothecary
Search Results: Displaying 1 through 8 of 8 entries.



Resort results by: [dropdown]    Set Search Limits

| # | Title < | Full Title | Copyright Number | Date |
|---|---------|------------|------------------|------|
| [ 1 ] | Forgotten HOME APOTHECARY. | Forgotten HOME APOTHECARY. | TXu002445163 | 2024 |
| [ 2 ] | Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your Fingertips. | Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your Fingertips. | TXu002446715 | 2024 |
| [ 3 ] | The Forgotten Home Apothecary Book. | Forgotten Home Apothecary Book. | TXu002466084 | 2024 |
| [ 4 ] | Forgotten HOME APOTHECARY.cover design. | Forgotten HOME APOTHECARY.cover design. | VAu001533601 | 2024 |
| [ 5 ] | FORGOTTEN HOME APOTHECARY.design cover. | FORGOTTEN HOME APOTHECARY.design cover. | VAu001538856 | 2024 |
| [ 6 ] | THE FORGOTTEN HOME APOTHECARY.script. | FORGOTTEN HOME APOTHECARY.script. | TXu002433712 | 2024 |
| [ 7 ] | FORGOTTEN HOME APOTHECARY.videos. | FORGOTTEN HOME APOTHECARY.videos. | PAu004249674 | 2024 |
| [ 8 ] | FORGOTTEN HOME APOTHECARY.website. | FORGOTTEN HOME APOTHECARY.website. | TXu002446167 | 2024 |

Resort results by: [dropdown]    Set Search Limits



| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: Full Record  [Format for Print/Save] |
| ○ All on Page ● Selected On Page ○ Selected all Pages | Enter your email address: [____] [Email] |

Search for: forgotten home apothecary    Search by: Title (omit initial article A, An, The, El, La, Das etc.)    Item type: None

25 records per page    [Submit] [Reset]

Help   Search   History   **Titles**   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = forgotten home apothecary
Search Results: Displaying 1 of 8 entries



**Forgotten HOME APOTHECARY.**

**Type of Work:** Text
**Registration Number / Date:** TXu002445163 / 2024-09-05
**Application Title:** Forgotten HOME APOTHECARY.
**Title:** Forgotten HOME APOTHECARY.
**Description:** Electronic file (eService)
**Copyright Claimant:** GLOBAL BROTHER SRL. Address: Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania.
**Date of Creation:** 2024
**Authorship on Application:** GLOBAL BROTHER SRL, employer for hire; Domicile: Romania; Citizenship: Romania. Authorship: text, photograph(s)
**Rights and Permissions:** Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania, +40768434324, legal@globalbrother.com
**Copyright Note:** C.O. correspondence.
**Names:** GLOBAL BROTHER SRL



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = forgotten home apothecary
Search Results: Displaying 2 of 8 entries

**Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your Fingertips.**

|  |  |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TXu002446715 / 2024-08-30 |
| **Application Title:** | Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your Fingertips. |
| **Title:** | Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your Fingertips. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | GLOBAL BROTHER SRL. Address: Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, 014163, Romania. |
| **Date of Creation:** | 2024 |
| **Authorship on Application:** | GLOBAL BROTHER SRL, employer for hire; Domicile: Romania; Citizenship: Romania. Authorship: text, photograph(s) |
| **Rights and Permissions:** | Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, 014163, Romania, +40768434324, legal@globalbrother.com |
| **Names:** | GLOBAL BROTHER SRL |



Save, Print and Email (Help Page)
Select Download Format  Full Record   Format for Print/Save
Enter your email address:  _____  Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = forgotten home apothecary
Search Results: Displaying 3 of 8 entries

*The Forgotten Home Apothecary Book.*

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TXu002466084 / 2024-12-15 |
| **Application Title:** | The Forgotten Home Apothecary Book. |
| **Title:** | The Forgotten Home Apothecary Book. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Adam Hutchins. Address: 530 Saint Anne Shrine Rd., Lake Wales, FL, 33898, United States. |
| **Date of Creation:** | 2024 |
| **Authorship on Application:** | Leaf Insight Books, pseud. (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: text. |
| **Pre-existing Material:** | cover artwork generated by artificial intelligence. |
| **Basis of Claim:** | text. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Leaf Insight Books, pseud. |
| | Hutchins, Adam |



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = forgotten home apothecary
Search Results: Displaying 4 of 8 entries



previous | next

**Labeled View**

*Forgotten HOME APOTHECARY.cover design.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001533601 / 2024-09-05 |
| **Application Title:** | Forgotten HOME APOTHECARY.cover design. |
| **Title:** | Forgotten HOME APOTHECARY.cover design. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | GLOBAL BROTHER SRL. Address: Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania. |
| **Date of Creation:** | 2024 |
| **Authorship on Application:** | GLOBAL BROTHER SRL, employer for hire; Domicile: Romania; Citizenship: Romania. Authorship: photograph, 2-D artwork. |
| **Rights and Permissions:** | Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania, +40768434324, legal@globalbrother.com |
| **Names:** | GLOBAL BROTHER SRL |

previous | next



**Save, Print and Email (Help Page)**
Select Download Format [Full Record] [Format for Print/Save]
Enter your email address: [ ] [Email]

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

**Help  Search  History  Titles  Start Over**

---

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = forgotten home apothecary
Search Results: Displaying 5 of 8 entries



**Labeled View**

***FORGOTTEN HOME APOTHECARY.design cover.***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001538856 / 2024-09-05 |
| **Application Title:** | FORGOTTEN HOME APOTHECARY.design cover. |
| **Title:** | FORGOTTEN HOME APOTHECARY.design cover. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | GLOBAL BROTHER SRL. Address: Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania. |
| **Date of Creation:** | 2024 |
| **Authorship on Application:** | GLOBAL BROTHER SRL, employer for hire; Domicile: Romania; Citizenship: Romania. Authorship: photograph, 2-D artwork. |
| **Rights and Permissions:** | Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania, +40768434324, legal@globalbrother.com |
| **Names:** | GLOBAL BROTHER SRL |



**Save, Print and Email (Help Page)**
Select Download Format [Full Record] [Format for Print/Save]
Enter your email address: [_____] [Email]

---

Help  Search  History  Titles  Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Builder = (holistic)[in Keyword Anywhere] AND ("global brother")[in Keyword Anywhere]
Search Results: Displaying 1 through 5 of 5 entries.



Resort results by:  [dropdown]   Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| [ 1 ] | Holistic Guide to Wellness. | TX0009246277 | 2023 |
| [ 2 ] | Holistic Guide to Wellness - commercial video. | PA0002405925 | 2023 |
| [ 3 ] | HOLISTIC GUIDE TO WELLNESS.cover design. | VA0002425155 | 2023 |
| [ 4 ] | HOLISTIC GUIDE TO WELLNESS.video. | PA0002515718 | 2023 |
| [ 5 ] | HOLISTIC GUIDE TO WELLNESS.website. | TX0009455798 | 2023 |

Resort results by:  [dropdown]   Set Search Limits



| | **Save, Print and Email (Help Page)** | |
|---|---|---|
| **Records** | Select Format: Full Record  [Format for Print/Save] | |
| ○ All on Page ● Selected On Page ○ Selected all Pages | Enter your email address: [____]  [Email] | |

Help  |  Search  |  History  |  Titles  |  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Copyright
United States Copyright Office

Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Help  Search  History  Titles  Start Over

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = holistic guide to wellness
Search Results: Displaying 2 of 6 entries

previous  next

Labeled View

*The Holistic Guide to Wellness.*

**Type of Work:** Text
**Registration Number / Date:** TX0009246277 / 2023-04-03
**Application Title:** The Holistic Guide to Wellness.
**Title:** The Holistic Guide to Wellness.
**Description:** Electronic file (eService)
**Copyright Claimant:** Global Brother SRL, Transfer: By written agreement. Address: Ghiozdanului Str, 22A Lighthouse Residence, floor 1, ap 12A, Bucharest, 014163, Romania.
**Date of Creation:** 2023
**Date of Publication:** 2023-03-10
**Nation of First Publication:** United States
**Authorship on Application:** Nicole Apelian; Domicile: United States; Citizenship: United States. Authorship: text.
Global Brother SRL, employer for hire. Authorship: text, artwork.
Amber Robinson (author of anonymous contribution); Domicile: United States; Citizenship: United States. Authorship: text.
Chloe Wade (author of anonymous contribution); Domicile: Canada; Citizenship: Canada. Authorship: text.
Tamara Dickson (author of anonymous contribution); Domicile: United States; Citizenship: United States. Authorship: text.
Janelle Louis (author of anonymous contribution); Domicile: United States; Citizenship: United States. Authorship: text.
Jacqueline Leone (author of anonymous contribution); Domicile: United States; Citizenship: United States. Authorship: text.
Tori Gilbert (author of anonymous contribution); Domicile: Australia; Citizenship: Australia. Authorship: text.
Tyla Cornish (author of anonymous contribution); Domicile: New Zealand; Citizenship: New Zealand. Authorship: text.
**Rights and Permissions:** Claudiu Giurgi, Global Brother SRL, Ghiozdanului 22A Lighthouse Residence - ap 12A, Bucharest, 014163, Romania, +40768434324, giurgi.claudiu@yahoo.com
**Copyright Note:** C.O. correspondence.
**ISBN:** 978-1-7354815-8-6
**Names:** Apelian, Nicole
Robinson, Amber
Wade, Chloe
Dickson, Tamara
Louis, Janelle
Leone, Jacqueline
Gilbert, Tori
Cornish, Tyla
Global Brother SRL

previous  next

**Save, Print and Email (Help Page)**
Select Download Format  Full Record  Format for Print/Save
Enter your email address:  Email

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

[ Help ] [ Search ] [ History ] [ Titles ] [ Start Over ]

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = holistic guide to wellness
Search Results: Displaying 4 of 6 entries

[ previous ] [ next ]

[ Labeled View ]

**THE HOLISTIC GUIDE TO WELLNESS.cover design.**

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002425155 / 2024-11-19 |
| **Application Title:** | THE HOLISTIC GUIDE TO WELLNESS.cover design. |
| **Title:** | THE HOLISTIC GUIDE TO WELLNESS.cover design. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | GLOBAL BROTHER SRL. Address: Ghiozdanului, no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania, 014163. |
| **Date of Creation:** | 2023 |
| **Date of Publication:** | 2023-03-10 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | GLOBAL BROTHER SRL, employer for hire; Domicile: Romania; Citizenship: Romania. Authorship: photograph, 2-D artwork, text. |
| **Rights and Permissions:** | Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului, no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania, 014163, Romania, +40768434324, legal@globalbrother.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | GLOBAL BROTHER SRL |

[ previous ] [ next ]



**Save, Print and Email (Help Page)**
Select Download Format: Full Record  [ Format for Print/Save ]
Enter your email address: [_____] [ Email ]

[ Help   Search   History   Titles   Start Over ]

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page