### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>      Plaintiff,<br><br>    v.<br><br>JOHN DOE d/b/a "Kolos Relief" and DOES 2-10,<br><br>      Defendants. | C.A. No. 25-_____ |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Global Brother SRL certifies that there is no parent corporation or publicly held corporation owning more than 10% or more of its stock.

Dated: March 14, 2025

                                    **SMITH, KATZENSTEIN & JENKINS LLP**

                                    */s/ Daniel A. Taylor*
                                    Neal C. Belgam (No. 2721)
                                    Daniel A. Taylor (No. 6934)
                                    1000 West Street, Suite 1501
                                    Wilmington, DE 19801
                                    (302) 652-8400
                                    nbelgam@skjlaw.com
                                    dtaylor@skjlaw.com

                                    *Counsel for Plaintiff Global Brother SRL*