## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN DOE d/b/a "Kolos Relief" and DOES 2-10,<br><br>  Defendants. | C.A. No. 25-325-MN |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR ALTERNATE SERVICE OR TO CONDUCT LIMITED DISCOVERY

Upon consideration of Plaintiff's *ex parte* Motion for Alternate Service or to Conduct Limited Discovery (the "Motion"), and any opposition thereto, IT IS HEREBY ORDERED this __ day of _____, 2025, that the Motion is GRANTED, as follows:

- Plaintiff shall serve the Complaint (D.I. 1) and Summons (D.I. 5) on Defendant via electronic mail at try.kolosrelief@gmail.com and email to Defendants counsel at avvcoscarellagiovanni3@gmail.com.  Upon docketing of the sent emails, service shall be deemed effective; OR

- The Court grants Plaintiff Motion, including serving a subpoena on Shopify, Inc. (D.I. __, Exhibit A) for the limited purpose of identifying and locating Defendant.

_____
Honorable Maryellen Noreika
United States District Judge