# EXH. 1

| | |
|---|---|
| **From:** | Jason L DeFrancesco |
| **To:** | Kolos; support@kolosrelief.com |
| **Cc:** | DeFrancescoLaw |
| **Subject:** | RE: DMCA Shopify Notice; Global Brother adv Kolos Relief (aka BSH Ltd, et al.) |
| **Date:** | Thursday, March 6, 2025 7:21:02 PM |
| **Attachments:** | jld CD_Kolos.pdf |
| | image001.png |

(*resend to include additional email*)

Dear Kolos Team,

Failure to resolve the dispute should result in a lawsuit being filed without further notice. You are encouraged to respond without delay to settle the dispute, preferably with counsel as representation.

Regards,
Jason



Jason L. DeFrancesco
Attorney

✉ jasond@defrancesco.law
☏ +1 (910) 833-5428

**From:** Jason L DeFrancesco <jasond@defrancesco.law>
**Sent:** Wednesday, March 5, 2025 9:26 AM
**To:** Kolos <try.kolosrelief@gmail.com>
**Cc:** DeFrancescoLaw <ipoffice@defrancesco.law>
**Subject:** RE: DMCA Shopify Notice; Global Brother adv Kolos Relief (aka BSH Ltd, et al.)
**Importance:** High

Dear Kolos Team,

There is a very short window before a lawsuit must be filed – which I have as beginning of next week.

Your immediate attention is requested. Global Brother is interested in seeing if you would settle the dispute which would require **an agreement to not use its titles and reimburse it for damages**.

Please let me know.

Regards,
Jason



**From:** Jason L DeFrancesco <jasond@defrancesco.law>
**Sent:** Tuesday, February 25, 2025 10:48 PM
**To:** Kolos <try.kolosrelief@gmail.com>
**Cc:** DeFrancescoLaw <ipoffice@defrancesco.law>
**Subject:** RE: DMCA Shopify Notice; Global Brother adv Kolos Relief (aka BSH Ltd, et al.)

Dear Kolos Team,

I cannot say Global Brother does not share in your sentiment of having a thorough review. And, I think this thorough review should begin with your book, *The Complete Natural Healing Guide*. Attached are screenshots of your book's advertisements.

The suggestion your books are created independently is hogwash. The images published in attached to advertise "your" book were directly taken from Global Brothers protected works, The Holistic Guide To Wellness and Forgotten Home Apothecary.

If you are interested in settling, please respond to the letter. There is a very short window before a lawsuit must be filed.

Regards,
Jason



**From:** Kolos <try.kolosrelief@gmail.com>
**Sent:** Tuesday, February 25, 2025 10:14 PM
**To:** Jason L DeFrancesco <jasond@defrancesco.law>
**Subject:** Re: DMCA Shopify Notice; Global Brother adv Kolos Relief (aka BSH Ltd, et al.)

Dear Jason L. DeFrancesco,

We appreciate the opportunity to have a direct line of communication with you to work towards resolving this situation in the best possible way.

We have formally responded to the DMCA claim, as our book, *The Complete Natural Healing Guide*, is different from the one referenced in the takedown notice. From the title to the cover design and graphics, there are clear distinctions between our book and the one mentioned in the claim. While we operate within the same niche, we fail to understand why our book—designed entirely by independent freelancers—is being attributed to your ownership.

We respectfully request a thorough review of this matter. We are committed to resolving this situation.

We look forward to your prompt response and resolution.

Best regards,
Kolos Team


On Wed, Feb 26, 2025 at 6:42 AM Jason L DeFrancesco <jasond@defrancesco.law> wrote:

> Dear Madam or Sir,
>
> Please see attached letter on behalf of Global Brother regarding Shopify notice takedowns.
>
> **Immediate (48 hrs.) attention requested.**
>
> Regards,
> Jason
>
> 
>
> Jason L. DeFrancesco
> Attorney
>
> ✉ jasond@defrancesco.law
> ☎ +1 (910) 833-5428

# EXH. 2

| | |
|---|---|
| **From:** | Jason L DeFrancesco |
| **To:** | giovanni coscarella |
| **Cc:** | DeFrancescoLaw |
| **Subject:** | RE: - Kolos Relief Global Brother srl v KOLOS; DE Case No. 1:25-cv-00325 |
| **Date:** | Friday, April 18, 2025 8:10:00 AM |
| **Attachments:** | image004.png |
| | image005.png |
| | image006.png |
| | image001.png |

**Deadline to serve Defendant(s) 12 June 2025**

Dear Giovanni Coscarella,

Please let me know.

Regards,
Jason



**From:** Jason L DeFrancesco <jasond@defrancesco.law>
**Sent:** Friday, April 11, 2025 11:19 AM
**To:** giovanni coscarella <avvcoscarellagiovanni3@gmail.com>
**Cc:** DeFrancescoLaw <ipoffice@defrancesco.law>
**Subject:** RE: - Kolos Relief Global Brother srl v KOLOS; DE Case No. 1:25-cv-00325

**Deadline to serve Defendant(s) 12 June 2025**

Dear Giovanni Coscarella,

As communicated on 14 March 2025, I again attached the complaint pending against your client(s). We are required to serve your client(s) the complaint in order to command a response, and this is an attempt to avoid additional fees and costs associated with serving your client.

I again attach the waiver, and ask you to have it completed by your client and returned. Please note, **Global Brother may attempt to alternatively serve your client** by addressing you. This however requires time and expense, which I am trying to avoid, so please let me know if you and your client are agreeable.

Regards,
Jason



Jason L. DeFrancesco
Attorney

✉ jasond@defrancesco.law
☎ +1 (910) 833-5428

---

**From:** giovanni coscarella avvcoscarellagiovanni3@gmail.com
**Sent:** Wednesday, April 2, 2025 4:23 AM
**To:** Jason L DeFrancesco jasond@defrancesco.law
**Subject:**

Dear colleague, as you know, notifications for court quotes are not admissible by the professional. However, we could always consider an agreement, of course, with reasonable arguments for each other.
I offer cordial greetings!

---

**From:** Jason L DeFrancesco <jasond@defrancesco.law>
**Sent:** Tuesday, April 1, 2025 8:57 PM
**To:** giovanni coscarella <avvcoscarellagiovanni3@gmail.com>
**Cc:** DeFrancescoLaw <ipoffice@defrancesco.law>
**Subject:** RE: - Kolos Relief Global Brother srl v KOLOS; DE Case No. 1:25-cv-00325

**Deadline to serve Defendant(s) 12 June 2025**

Dear Giovanni Coscarella,

Please let me know if you are authorized to accept service on behalf of your client. If so, attached is a waiver of service to be completed and returned.

While I understand your client can be served by the Hague, other requests to the court may be made, either of which include additional expenses. This is an attempt to however to avoid expenses and settle the dispute.

In addition to waiver of service, please let me know if your client is willing to settle the dispute which would include (1) agreement to not deal in or infringe Plaintiffs titles and (2) reimburse Plaintiff damages.

Regards,
Jason



**From:** giovanni coscarella <avvcoscarellagiovanni3@gmail.com>
**Sent:** Saturday, March 15, 2025 11:31 AM
**To:** Jason L DeFrancesco <jasond@defrancesco.law>
**Subject:** Re: - Kolos Relief Global Brother srl

Dear colleague well, proceed as well. We are at your disposal.

Il Sab 15 Mar 2025, 00:10 Jason L DeFrancesco <jasond@defrancesco.law> ha scritto:

> Dear Giovanni Coscarella,
>
> The lawsuit has been filed by Global Brother against your client in the judicial forum: Delaware District.
>
> Please confirm your on-going representation of the defendant, and that you should be receiving documents/notices/etc. on behalf of the defendant.
>
> Regards,
> Jason
>
>