

July 8, 2025

**VIA CM/ECF and HAND DELIVERY**

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    *Global Brother SRL v. John Doe d/b/a "Kolos Relief" and Does 2-10*
             C.A. No. 25-0325-MN

Dear Judge Noreika,

      Smith Katzenstein & Jenkins, LLP is Delaware counsel for Plaintiff Global Brother SRL ("Global Brother") in the above matter. I write in response to Your Honor's June 24, 2025 Oral Order requesting "a status report" in this matter. (D.I. 6)

      Today, Global Brother has filed an *ex parte* Motion for Alternate Service Under Rule 4(f)(3) or for Leave to Conduct Limited Discovery. The accompanying brief in support of the motion further discusses case status.

      Counsel is available should Your Honor have any additional questions.

Respectfully Submitted,

*/s/ Daniel A. Taylor*

Daniel A. Taylor
(No. 6934)