IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN DOE d/b/a "Kolos Relief" and DOES 2-10,<br><br>        Defendants. | C.A. No. 25-325-MN |

**GLOBAL BROTHER SRL'S RENEWED *EX PARTE* MOTION FOR ALTERNATE SERVICE UNDER RULE 4(f)(3)**

Plaintiff Global Brother SRL ("Plaintiff") respectfully renews its prior motion (D.I. 9) and moves this court *ex parte* for an Order granting alternative service in this action pursuant to Federal Rule of Civil Procedure 4(f)(3). Plaintiff also respectfully moves the Court *ex parte* for any other relief as the Court deems just and proper.[1]

The grounds for this motion are fully set forth in the opening brief in support of this motion, filed contemporaneously herewith.

---

[1] Pursuant to Local Rule 7.1.1, Plaintiff has been unable to contact Defendant to meet and confer on the subject of this motion.

Dated: December 5, 2025

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Plaintiff Global Brother SRL*