IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN DOE d/b/a "Kolos Relief" and<br>DOES 2-10,<br><br>        Defendant(s). | C.A. No. 25-325-MN |

## DECLARATION OF CHIU CHI WAI ALAN

I, Chiu Chi Wai Alan, hereby declare as follows:

1. I am a solicitor and the Managing Partner of Messrs. ELLALAN, a Hong Kong law firm situated at 26-28th Floors, The Hennessy, 256 Hennessy Road, Wanchai, Hong Kong, https://www.ellalan.com.

2. I am over 18 years of age and am fully competent to testify to the statements below, which are based on my personal knowledge and records acquired in my role as the Managing Partner of Messrs. ELLALAN.

3. I am duly authorized to make this declaration on behalf of GLOBAL BROTHER SRL in support of the Plaintiff's present court action.

4. On 12 November 2025, I reviewed a DMCA Counter Notice filed against "kolosrelief.com" with the report ID of "f084109-23ea-4ee0-8cc5-6898491ae793" dated 25 February 2025 (the "**Counter Notice**") from the Plaintiff. Attached as "Exhibit A" is a true copy of the Counter Notice.

5. The Counter Notice included, *inter alia*, the address of "Stanley Street, World Trust Tower, Central, Hong Kong, Hong Kong Island" (the "**Address**") and the telephone number "9852814". Upon inspection of the Counter Notice, I confirm that the Address is not a complete or verifiable address and the telephone number in the Counter Notice is not a valid number and is incomplete as one number is missing from the telephone number. Based on the purported number "9852814", it is indeterminate which place number is missing.

6. On 13 November 2025, a clerk of Messrs. ELLALAN attended World Trust Tower, 50 Stanley Street, Central, Hong Kong, which is an address NOT stated in the Counter Notice, but what we were provided by Plaintiff as a possible address, which I confirm are search results from a search of the address in the counter notice, https://property.jll.com.hk/en/office-lease/hong-kong/central/world-trust-tower-hkg-p-000kpz. Attached as "Exhibit B" is a true and correct copy of two photos of World Trust Tower, and attached as "Exhibit C" is a true copy of the website printout of Jones Lang LaSalle IP, Inc on World Trust Tower dated 18 November 2025.

7. On the directory of World Trust Tower, neither the Defendant nor "Kolos Relief" was found. Attached as "Exhibit D" is a true copy of the photograph of the directory of World Trust Tower taken on 13 November 2025.

8. Another address provided by the Plaintiff at 50 Stanley Street, was Suite C, Level 7, World Trust Tower, Central, Hong Kong (the "**Alternative Address**") which is currently the address of a company secretarial and formation firm named "Get Started HK". Attached as "Exhibit E" is a true copy of the photo taken at the entrance of the Alternative Address on 13 November 2025.

9. The directory of World Trust Tower also indicates that the Alternative Address is occupied by Get Started HK. The Alternative Address does not include any indication or reference to the Defendant or "Kolos Relief" as identified in the Counter Notice.

10. Based on my observation and the evidence made available to me, the Address in the Counter Notice is incomplete, and it does not accurately identify the correct location of the party identified in the Counter Notice. Based on our review, the Defendant cannot be properly identified or located from the Address, phone number, or Alternative Address.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 20th day of November 2025

Chiu Chi Wai Alan
Solicitor, Hong Kong SAR