# EXHIBIT A



Date: February 25, 2025

**DMCA Counter Notice | kolosrelief.com**

**1. Shopify Merchant Contact Information**

First Name:

Kolos

Last Name:

Relief

Phone:

9852814

Email:

try.kolosrelief@gmail.com

Address:

Stanley Street

World Trust Tower

City:

Central

Country:

Hong Kong

State/Province:

Hong Kong Island

**2. Material(s) Subject to the Counter Notice**

Report ID:

f0841091-23ea-4ee0-8cc5-6898491ae793

- https://kolosrelief.com/products/the-complete-natural-healing-guide?fbclid=IwY2xjawHrKF5leHRuA2FlbQIxMAABHRaTJppt2LdT_a7HJPR9JJfmLQfrIVCREEgF6Tlw92PmMT_0kUqaKzS3tg_aem_qzjF2uWgjc71UINvxGgiyg

## 3. Declarations

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
- I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
- I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

## 4. Electronic Signature

Kolos Relief