# **EXHIBIT C**





Office/Commercial    Property ID: HKG-P-000KPZ    Office    Lease

# World Trust Tower

50 Stanley Street
Central, Hong Kong

HK$34 - HK$35 per sqft

SIZE    1,153 - 1,439 sqft

Call now    Save    Share

DESCRIPTION    AVAILABLE UNITS    BUILDING INFORMATION    AMENITIES    LOCATION

## Description

Located at conjunction of Stanley Street and Pottinger Street, 10 minutes walk from exit D1 of Central MTR Station, World Trust Tower (23 storey) comes with 2 passenger lifts and Tenant mix of mostly financial firms and semi-retail

We use cookies to enhance your user experience.

You can accept all cookies or customize settings to change your preferences. Learn more in our Cookie Statement

Cookies Settings

Accept All



| Unit ID | Size | Rent | |
|---|---|---|---|
| HKG-A-0010I2 | 1,439 sqft | HK$35 / sqft | → |
| HKG-A-00JHSX | 1,153 sqft | HK$34 / sqft | → |

Total **2** results

## Building Information

| Airport | MTR |
|---|---|
| 32 mins by Taxi | Central Station |
| **Nearest Parking** | **Passenger lift** |
| Man Yee Building | 2 |
| **Transport** | **Last updated** |
| Taxi, MTR, Bus, Mini Bus | 02 Sep 2025 |
| **Year built** | **Storey** |
| 1994 | 23 |

## Amenities

✓ The Landmark Mandarin Oriental
✓ The Landmark

## Location



## Related Properties



We use cookies to enhance your user experience.

You can accept all cookies or customize settings to change your preferences. Learn more in our **Cookie Statement**



| OFFICE/COMMERCIAL | OFFICE/COMMERCIAL | OFFICE/COMMERCIAL | OFFICE/COMMERCIAL |
|---|---|---|---|
| **LEE & MAN COMMERCIAL CENTRE** | **1 CHATHAM ROAD SOUTH** | **1 DES VOEUX ROAD WEST** | **1 DUDDELL STREET** |
| 169 Electric Road | 1-3 Chatham Road South | 1 Des Voeux Road West | 1 Duddell Street |
| Hong Kong | Hong Kong | Hong Kong | Hong Kong |

## Similar Offices/Commercial in Hong Kong


**TSIM SHA TSUI OFFICE FOR LEASE**


**CENTRAL OFFICE FOR LEASE**


**CAUSEWAY BAY OFFICE FOR LEASE**



OFFICE/COMMERCIAL  >  HONG KONG  >  CENTRAL  >  HONG KONG  >  CENTRAL  >  World Trust Tower

Contact us    About us    Sitemap

www.jll.com    Privacy Policy    Terms of Use

© Copyright 2025 Jones Lang LaSalle Limited | EAA Licence No. C-003464

We use cookies to enhance your user experience.
You can accept all cookies or customize settings to change your preferences. Learn more in our  Cookie Statement