# **EXHIBIT E**

