

December 8, 2025

**VIA CM/ECF and HAND DELIVERY**

The Honorable Laura D. Hatcher
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    *Global Brother SRL v. John Doe d/b/a "Kolos Relief" and Does 2-10*
              C.A. No. 25-0325-MN

Dear Judge Hatcher,

      Smith Katzenstein & Jenkins, LLP is Delaware counsel for Plaintiff Global Brother SRL ("Global Brother") in the above matter. I write in response to Your Honor's Order for "a status report regarding service" in this matter by December 31, 2025. (D.I. 14 at 3–4)

      Plaintiff has undertaken targeted investigation in Hong Kong to verify the address Defendants provided in the DMCA Counter-Notice and to determine whether Defendants can be served through Hague Convention procedures. That investigation has concluded that the address is incomplete, and is not a valid service address (e.g., lacks a specific building number/unit; World Trust Tower does not correspond to an identifiable service location for Defendants; and no registration or occupancy records tie Defendants to that address). (*See* D.I. 17 (Declaration of Chiu Chi Wai Alan))

      Accordingly, Defendants cannot presently be located for Hague service, rendering Hague Convention service impracticable and futile. To this end, Global Brother has renewed its motion for alternate service. (D.I. 15)

      Counsel is available should Your Honor have any additional questions.

Respectfully Submitted,

*/s/ Daniel A. Taylor*

Daniel A. Taylor
(No. 6934)

Attorneys at Law | Brandywine Building | 1000 West Street | Suite 1501 | P.O. Box 410 | Wilmington, DE 19899-0410 | 302.652.8400 | skjlaw.com