IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE d/b/a "Kolos Relief" and DOES 2-10,<br><br>　　　　Defendants. | C.A. No. 25-325-MN<br><br>FILED<br><br>DEC 11 2025<br><br>U.S. DISTRICT COURT DISTRICT OF DELAWARE |

### ~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S RENEWED *EX PARTE* MOTION FOR ALTERNATE SERVICE

Upon consideration of Plaintiff's renewed *ex parte* Motion for Alternate Service (the "Motion"), the briefing in support, the Declaration of Chiu Chi Wan Alan, and any opposition thereto, IT IS HEREBY ORDERED this 11th day of DECEMBER, 2025, that the Motion is GRANTED, as follows:

1. Pursuant to Federal Rule of Civil Procedure 4(f)(3), Plaintiff is authorized to serve Defendants John Doe d/b/a "Kolos Relief" and Does 2–10 with the Complaint (D.I. 1), Summons (D.I. 5), and this Order by electronic mail at the following email addresses:

    a. try.kolosrelief@gmail.com;

    b. support@kolosrelief.com ; and

    c. avvcoscarellagiovanni3@gmail.com (apparent counsel for Defendants).

2. Service shall be deemed effective on the date Plaintiff transmits the foregoing documents to one or more of the authorized email addresses.

3. Within seven (7) days after effecting service, Plaintiff shall file proof of service on the docket, including a declaration identifying the email address(es) used, the date and time of transmission, and copies of any delivery confirmations or bounce-back notices received.

2

4. Nothing in this Order precludes Plaintiff from pursuing additional or alternative means of service consistent with the Federal Rules and applicable international agreements.

_____
Honorable Laura D. Hatcher
United States Magistrate Judge