IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>      Plaintiff,<br><br>  v.<br><br>JOHN DOE d/b/a "Kolos Relief" and DOES 2-10,<br><br>      Defendant(s). | C.A. No. 25-325-MN |

**PROOF OF SERVICE:**
**DECLARATION OF JASON DEFRANCESCO**

I, Jason DeFrancesco am U.S. counsel for the Plaintiff, Global Brother SRL and assist with policing U.S. intellectual property rights, not limited to copyright infringement and enforcement. The following is subject to the Courts Order Granting Alternate Service, dated December 11, 2025 ("the Order") (D.I. 19).

1. I personally sent by electronic mail the Complaint, Summons, and the Order to the email addresses: try.kolosrelief@gmail.com; support@kolosrelief.com; and avvcoscarellagiovanni3@gmail.com. Attached as **Exhibit A** is a true and correct copy of the email (without attachments) sent Thursday, December 11, 2025, at 10:36 AM.

2. Upon transmitting the foregoing e-mail, I received confirmation of delivery to try.kolosrelief@gmail.com and avvcoscarellagiovanni3@gmail.com. Attached as **Exhibit B** is a true and correct copy of the confirmation I received Thursday, December 11, 2025, at 10:37 AM.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: December 11, 2025                    /s/ Jason DeFrancesco
                                            Jason DeFrancesco