# EXHIBIT A

**Jason L DeFrancesco**

| | |
|---|---|
| **From:** | Jason L DeFrancesco |
| **Sent:** | Thursday, December 11, 2025 10:36 AM |
| **To:** | 'Kolos'; support@kolosrelief.com; giovanni coscarella |
| **Cc:** | DeFrancescoLaw; 'info@coscarellaemazzulla.com' |
| **Subject:** | RE: DMCA Shopify Notice; Global Brother SRL v. Doe, et al.; DE District Case 1:25-cv-00325-MN |
| **Attachments:** | 2025 (12-11) DI 19 ORDER Granting [15] Ex Parte MOTION for Alternate Service under Rule 4(f)(3) (Renewed from DI [9])..pdf; 1-25-cv-00325-MN.zip; Summons.pdf; - Kolos Relief Global Brother srl |
| **Importance:** | High |

Dear Kolos Team and counsel, Giovanni Coscarella:

The United States District Court for the District of Delaware has authorized service of process by email. Attached are the Complaint and its exhibits, the Summons, and the Court's December 11, 2025, Order authorizing service to these email addresses pursuant to Fed. R. Civ. P. 4(f)(3). Consistent with the Order, service is deemed effective upon this transmission, and Plaintiff will file the required proof of service with the Court.

Regards,
Jason



Jason L. DeFrancesco
Attorney

✉ jasond@defrancesco.law
☏ +1 (910) 833-5428

---

**From:** Kolos <try.kolosrelief@gmail.com>
**Sent:** Tuesday, February 25, 2025 10:14 PM
**To:** Jason L DeFrancesco <jasond@defrancesco.law>
**Subject:** Re: DMCA Shopify Notice; Global Brother adv Kolos Relief (aka BSH Ltd, et al.)

Dear Jason L. DeFrancesco,

We appreciate the opportunity to have a direct line of communication with you to work towards resolving this situation in the best possible way.

We have formally responded to the DMCA claim, as our book, *The Complete Natural Healing Guide*, is different from the one referenced in the takedown notice. From the title to the cover design and graphics, there are clear distinctions between our book and the one mentioned in the claim. While we operate within the same niche, we fail to understand why our book—designed entirely by independent freelancers—is being attributed to your ownership.

We respectfully request <mark>a thorough review of this matter</mark>. We are committed to resolving this situation.

We look forward to your prompt response and resolution.

Best regards,
Kolos Team

On Wed, Feb 26, 2025 at 6:42 AM Jason L DeFrancesco <jasond@defrancesco.law> wrote:

> Dear Madam or Sir,
>
> Please see attached letter on behalf of Global Brother regarding Shopify notice takedowns.
>
> **Immediate (48 hrs.) attention requested.**
>
> Regards,
>
> Jason
>
> 
>
> Jason L. DeFrancesco
> Attorney
>
> ✉ jasond@defrancesco.law
> ☏ +1 (910) 833-5428

2