# EXHIBIT B

# Jason L DeFrancesco

| | |
|---|---|
| **From:** | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@defrancescolee.com> |
| **To:** | Kolos; giovanni coscarella |
| **Sent:** | Thursday, December 11, 2025 10:37 AM |
| **Subject:** | Relayed: RE: DMCA Shopify Notice; Global Brother SRL v. Doe, et al.; DE District Case 1:25-cv-00325-MN |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

Kolos (try.kolosrelief@gmail.com)

giovanni coscarella (avvcoscarellagiovanni3@gmail.com)

Subject: RE: DMCA Shopify Notice; Global Brother SRL v. Doe, et al.; DE District Case 1:25-cv-00325-MN

1