IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>         Plaintiff,<br><br>     v.<br><br>JOHN DOE d/b/a "Kolos Relief" and DOES 2-10,<br><br>         Defendant(s). | C.A. No. 25-325-MN |

**PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT**

Plaintiff Global Brother SRL ("Global Brother" or "Plaintiff"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 77.2(a)(4), hereby moves that the Clerk of Court enter the default of Defendant JOHN DOE d/b/a "Kolos Relief" for failure to plead or otherwise defend in a timely manner. A proposed Order is attached as Exhibit 1.

1.     In the Complaint, filed on March 14, 2025, Global Brother seeks injunctive relief, damages, fees and costs. (D.I. 1)

2.     Pursuant to Federal Rule of Civil Procedure 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

3.     On December 11, 2025, the Court ordered service on Defendant JOHN DOE d/b/a "Kolos Relief" by electronic mail. (D.I. 19)

4.     That same day, Plaintiff served Defendant JOHN DOE d/b/a "Kolos Relief" by electronic mail. (D.I. 20; D.I. 20-1, Ex. A; D.I. 20-2, Ex. B).

5. A defendant must serve an answer "within 21 days after being served with the summons and complaint[,]" Fed. R. Civ. P. 12(a)(1)(A)(i), making the deadline January 2, 2026, *see* Fed. R. Civ. P. 6(a)(1) (specifying the rules for computing time for periods stated in days).

6. JOHN DOE d/b/a "Kolos Relief" has failed to timely respond to either the Complaint or the Amended Complaint. (Exhibit 2 at ¶¶ 7-8 (Declaration of Jason L. DeFrancesco)) Accordingly, the entry of a default by the Clerk of Court is appropriate at this time.

WHEREFORE, Plaintiff Global Brother respectfully requests that the Clerk of Court enter the default of Defendant JOHN DOE d/b/a "Kolos Relief" for failure to plead or otherwise defend in a timely manner, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: January 13, 2026                    **SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Plaintiff Global Brother SRL*