# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>      Plaintiff,<br><br>    v.<br><br>JOHN DOE d/b/a "Kolos Relief" and DOES 2-10,<br><br>      Defendant(s). | C.A. No. 25-325-MN |

**[PROPOSED] CLERK'S ENTRY OF DEFAULT**

At Wilmington, this ___ day of _____, 2025;

Plaintiff's Motion for Entry of Default (D.I. __), the Declaration of Daniel A. Taylor in support thereof (D.I. __) and the Court docket show that:

1. On March 14, 2025, Plaintiff Global Brother SRL ("Plaintiff") filed a Complaint against Defendants JOHN DOE d/b/a "Kolos Relief" and DOES 2-10. (D.I. 1)

2. On December 11, 2025, Plaintiff served the Summons and Complaint on JOHN DOE d/b/a "Kolos Relief". (D.I. 20)

3. Pursuant to Federal Rule of Civil Procedure 12, the time for JOHN DOE d/b/a "Kolos Relief" to respond to the Complaint was January 2, 2026.

4. JOHN DOE d/b/a "Kolos Relief" has not served an answer to the Complaint, nor have they made any appearance in the present action and, as a result, have failed to plead or otherwise defend against the judgment that Plaintiff seeks in the Complaint.

Therefore, pursuant to Rule 55(a), DEFAULT is HEREBY ENTERED against Defendant JOHN DOE d/b/a "Kolos Relief".

Plaintiff shall serve of copy of this Clerk's Entry of Default upon JOHN DOE d/b/a "Kolos Relief" via electronic mail to the addresses previously ordered by the Court (D.I. 19) and shall file a proof of service regarding same.

RANDALL C. LOHAN, Clerk of Court

_____
By: _____ Deputy Clerk