# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE d/b/a "Kolos Relief" and DOES 2-10,<br><br>    Defendant(s). | C.A. No. 25-325-MN |

**DECLARATION OF JASON L. DEFRANCESCO IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

I, Jason L. DeFrancesco, declare:

1. I am counsel for Plaintiff Global Brother SRL in this action. I have personal knowledge of the matters stated herein and could competently testify to them.

2. Plaintiff filed its Complaint in this action on March 14, 2025. (D.I. 1).

3. On December 11, 2025, the Court entered an Order Granting Plaintiff's Renewed Ex Parte Motion for Alternate Service under Rule 4(f)(3). (D.I. 19).

4. Pursuant to that Order, I personally served Defendants JOHN DOE d/b/a "Kolos Relief" and DOES 2-10 on December 11, 2025 by transmitting the Complaint (D.I. 1), Summons (D.I. 5), and the Court's Order (D.I. 19) via electronic mail to the authorized email addresses.

5. Proof of that service was filed on the docket on December 11, 2025. (D.I. 20).

6. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Defendants' deadline to answer or otherwise respond to the Complaint was January 2, 2026.

7. I reviewed the CM/ECF docket immediately prior to filing this Request. Defendants have not filed an answer, Rule 12 motion, notice of appearance, or any other responsive paper, and have not otherwise defended this action.

2

8.      Because Defendants have failed to plead or otherwise defend, and that failure is shown by this declaration, entry of default is appropriate under Fed. R. Civ. P. 55(a).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: January 13, 2026

                                                */s/ Jason L. DeFrancesco*
                                                Jason L. DeFrancesco