## CERTIFICATE OF SERVICE

I, Daniel A. Taylor, hereby certify that on January 13, 2026, a true and correct copies of the foregoing documents were served on the following Defendant via electronic mail:

JOHN DOE d/b/a "Kolos Relief"
support@kolosrelief.com

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Daniel A. Taylor (No. 6934)