IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLOBAL BROTHER SRL,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE d/b/a "KOLOS RELIEF" and DOES 2-10,<br><br>Defendants. | ) | C.A. No. 25-325 (MN) |

**CLERK'S ENTRY OF DEFAULT**

At Wilmington, this 20th day of August 2026;

Plaintiff's Motion for Clerk's Entry of Default (D.I. 21), the supporting Declaration of Jason L. DeFrancesco (D.I. 21-2) and the Court docket show that:

1. On March 14, 2025, Global Brother SRL ("Plaintiff") filed a Complaint for "copyright infringement and related claims arising under the Copyright Act of 1976 . . . and for associated intellectual property and business violations under federal and State of Delaware law" against John Doe d/b/a "Kolos Relief" and Does 2-10 (collectively "Defendants") (D.I. 1; D.I. 21 ¶ 1; D.I. 21-2 ¶ 1).

2. On December 11, 2025, Judge Hatcher granted Plaintiff's Renewed *Ex Parte* Motion for Alternative Service (D.I. 19) and, that same day, Plaintiff served Defendants in accordance with Judge Hatcher's Order. (D.I. 20; D.I. 21 ¶¶ 3-4; D.I. 21-2 ¶¶ 3-5).

3. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, the deadline for Defendants to move, answer, or otherwise respond to the Complaint was January 2, 2026. (FED. R. CIV. P. 12; D.I. 21 ¶ 5; D.I. 21-2 ¶ 6).

4. The deadline for Defendants to move, answer, or otherwise respond to the Complaint has expired and the deadline has not been extended or otherwise modified.

5. Defendants have not served an answer to the Complaint, nor have they made any appearance in the present action and, as a result, have failed to plead or otherwise defend against the judgment that Plaintiff seeks in the Complaint. (D.I. 21 ¶ 6, D.I. 21-2 ¶ 7).

THEREFORE, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, DEFAULT is HEREBY ENTERED against Defendant John Doe d/b/a Kolos Relief.[1]

Plaintiff shall serve a copy of this Clerk's Entry of Default in accordance with Judge Hatcher's Order (D.I. 19) and shall file proof of service regarding same.

RANDALL C. LOHAN, Clerk of Court

By : Mark D. Buckson, Jr., Deputy Clerk

---

1 Plaintiff only sought a Clerk's Entry of Default as to John Doe d/b/a "Kolos Relief." (D.I. 21).