**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

GLOBAL BROTHER SRL,

Plaintiff,

v.

JOHN DOE d/b/a "Kolos Relief" and DOES 2-10,

Defendants.

C.A. No. 25-325-MN

**CERTIFICATE OF SERVICE**

Pursuant to the Clerk's Entry of Default (D.I. 23), Federal Rule of Civil Procedure 5(b)(1), and Judge Hatcher's Order (D.I. 19); on August 25, 2026, a true and correct copy of the Clerk's Entry of Default (D.I. 23) was served on Defendant John Doe d/b/a "Kolos Relief" and apparent Counsel for Defendants by electronic mail to the following last known e-mail addresses:

**John Doe d/b/a "Kolos Relief"**
try.kolosrelief@gmail.com
support@kolosrelief.com

**Giovanni Coscarella (apparent Counsel for Kolos Relief)**
avvcoscarellagiovanni3@gmail.com
info@coscarellaemazzulla.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 2, 2026

**SMITH, KATZENSTEIN & JENKINS, LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff Global Brother SRL*

*Of Counsel:*

Jason L. DeFrancesco
**DEFRANCESCO LAW**
174 Nassau Street, No. 325
Princeton, NJ 08542
(910) 833-5428
jasond@defrancesco.law